THE PEOPLE *v.* MERCADO.

APPEAL from the District Court of Ponce.

No. 101.—Decided November 11, 1907.

APPEAL—MANIFEST ERRORS.—It not appearing from the record that any error whatever has been committed which would warrant the reversal of the judgment appealed from, it must be affirmed.

The facts are stated in the opinion.

*Mr. Rossy, fiscal,* for respondent.

The appellant did not appear.

MR. JUSTICE WOLF delivered the opinion of the court.

The defendant, Salustiano Mercado, was charged with perjury in the District Court of Mayagüez, and after a trial was sentenced to the penalty of $50, or in case of nonpayment of said fine, to one month imprisonment in jail, and the costs.

The case comes here on appeal, but the evidence has not been certified to us in any manner, and as we have found no error in the record, the judgment must be affirmed.

*Affirmed.*

Chief Justice Quiñones and Justices Hernández, Figueras and MacLeary concurred.